IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA SMITH                                                                                                    PLAINTIFF

v.                                              NO. 4:09CV00068 JLH

WHOLE FOODS MARKET ROCKY
MOUNTAIN/SOUTHWEST L.P., *et al.*                                                    DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 7th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE